# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-0639-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| PEDRO ARTURO JARQUIN-RAMIREZ, | |
| Defendant. | |

On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

IT IS SO ORDERED.

DATED: 5/22/2020

_____
HON. CATHY ANN BENCIVENGO
United States District Judge